Frank W. Thompson, Esq.
Nevada State Bar No. 1577
Erwin & Thompson LLP
One East Liberty Street, Suite 424
Reno, NV 89501
Telephone: 775/786-9494

Attorneys for Plaintiff, Ben A. Rhodes.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

BEN A. RHODES,

              Plaintiff,

v.

UNITED STATES OF AMERICA,

              Defendant.
_____/

Case No. CV-N-04-0521-LRH-RAM

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**

(First Request)

      Plaintiff Ben A. Rhodes, by and through his attorneys, Erwin & Thompson LLP; Defendant the United States of America, by and through its attorney, Daniel G. Bogden, United States Attorney; and Intervenor Employers Insurance Company of Nevada ("EICN"), by and through its attorneys, Beckett & Yott, Ltd., stipulate as follows:

      1.    The proposed joint pretrial order is due sixty (60) days following the Court's disposition of EICN's Motion to Intervene, or Monday, March 6, 2006;

      2.    The deposition of Plaintiff Ben Rhodes was completed on Friday, February 24, 2006; and

      3.    Responses to the United States' First Set of Interrogatories to EICN are currently due on or about March 13, 2006.

      Therefore, the parties agree to extend the deadline to file the proposed Joint Pretrial Order

////////

////////

1 | from Monday, March 6, 2006, to and including **Friday, April 21, 2006.**

3 | DATED: March 2, 2006.  ERWIN & THOMPSON LLP

By: _____
Frank W. Thompson, Esq.
Nevada State Bar No. 1577
Erwin & Thompson LLP
One East Liberty Street, Suite 424
Reno, NV 89501
Telephone: 775/786-9494

Attorneys for Plaintiff, Ben A. Rhodes.

10 | DATED: March 2, 2006.  DANIEL G. BOGDEN
United States Attorney

By: _____
Greg Addington, Esq.
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
Telephone: 775/784-5438

Attorney for Defendant United States of America.

18 | DATED: March 3, 2006.  BECKETT & YOTT, LTD.

By: _____
Todd Eikelberger, Esq.
Beckett & Yott
233 South Division Street
Carson City, NV 89703
Telephone: 775/883-8833

Attorneys for Intervenor, EICN.

IT IS SO ORDERED: _____

28 | 76843001/Motions/Stip-EOT.JointPretrialOrder

UNITED STATES DISTRICT JUDGE
DATED: March 6, 2006